ACCEPTED
03-15-00368-CV
5969513
THIRD COURT OF APPEALS
AUSTIN, TEXAS
7/7/2015 4:55:26 PM
JEFFREY D. KYLE
CLERK

# THE LAW OFFICE OF MARK COHEN

**Mark Cohen**
Attorney & Counselor at Law*

**Rose Cohen**
**

RECEIVED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
7/7/2015 4:55:26 PM
JEFFREY D. KYLE
Clerk

July 7, 2015

The Honorable Jeffrey D. Kyle
Clerk of the Court
Third Court of Appeals
PO Box 12547
Austin, Texas 78711

Re:  No. 03-15-00368-CV; *Laura Pressley, Appellant v. Gregorio "Greg" Casar, Appellee;* In the Court of Appeals for the Third Supreme Judicial District at Austin

Dear Mr. Kyle:

Please be advised that I will be on vacation, out of the country, between the following dates:

August 24, 2015 through August 31, 2015;
September 14, 2015;
September 23, 2015; and
October 24, 2015 through November 4, 2015.

I would respectfully request that your court coordinator not set any hearings or trials in the above-referenced matter during these time periods.

Should you have any questions, please feel free to contact me at your convenience.

Sincerely,

Mark Cohen

MC/jlm

cc:    Kurt Kuhn        *Via Email kurt@kuhnhobbs.com*
       Charles Herring  *Via Email cherring@herring-irwin.com*
       Jessica Palvino  *Via Email jpalvino@mcginnislaw.com*

512/474-4424 / 805 W. 10th, Suite 100 / Austin 78701 / Fax: 512/472-5444
*Licensed in Texas and Florida
**Licensed in Texas and Colorado